United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 14, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, | Case No. 26-90103 (ARP) |
| Debtor. | Tax ID: 99-0372181 |
| In re: | Chapter 11 |
| HBC GP LLC, | Case No. 26-90106 |
| Debtor. | Tax ID: 98-1553102 |
| In re: | Chapter 11 |
| HBC I L.P., | Case No. 26-90102 |
| Debtor. | Tax ID: 98-1533896 |
| In re: | Chapter 11 |
| SAKS GLOBAL INVESTOR L.P., | Case No. 26-90009 |
| Debtor. | Tax ID: N/A |
| In re: | Chapter 11 |
| SAKS GLOBAL HOLDINGS LLC, | Case No. 26-90108 |
| Debtor. | Tax ID: 84-4900976 |
| In re: | Chapter 11 |
| HBC US PROPCO HOLDINGS LLC, | Case No. 26-90099 |
| Debtor. | Tax ID: 38-3868716 |

| | |
|---|---|
| In re: | Chapter 11 |
| HBC GARDEN CITY LEASEHOLD LLC, | Case No. 26-90095 |
| Debtor. | Tax ID: N/A |

| | |
|---|---|
| In re: | Chapter 11 |
| HBS LEASEHOLD LLC, | Case No. 26-90091 |
| Debtor. | Tax ID: 86-3565342 |

| | |
|---|---|
| In re: | Chapter 11 |
| LT PARENT PROPCO LLC, | Case No. 26-90087 |
| Debtor. | Tax ID: 20-5345090 |

| | |
|---|---|
| In re: | Chapter 11 |
| CREATIVE DESIGN STUDIOS, LLC, | Case No. 26-90093 |
| Debtor. | Tax ID: 26-0805951 |

| | |
|---|---|
| In re: | Chapter 11 |
| STREET-WORKS DEVELOPMENT LLC, | Case No. 26-90061 |
| Debtor. | Tax ID: 86-3672702 |

| | |
|---|---|
| In re: | Chapter 11 |
| HG PROPERTY HOLDINGS LLC, | Case No. 26-90094 |
| Debtor. | Tax ID: 87-1964688 |

| In re: | Chapter 11 |
|---|---|
| LT PROPCO LLC, | Case No. 26-90082 |
| Debtor. | Tax ID: 20-5345222 |

| In re: | Chapter 11 |
|---|---|
| SW WESTFIELD LLC, | Case No. 26-90051 |
| Debtor. | Tax ID: 85-4340621 |

| In re: | Chapter 11 |
|---|---|
| SWD WESTFIELD I URBAN RENEWAL LLC, | Case No. 26-90012 |
| Debtor. | Tax ID: N/A |

| In re: | Chapter 11 |
|---|---|
| SWD WESTFIELD II URBAN RENEWAL LLC, | Case No. 26-90018 |
| Debtor. | Tax ID: N/A |

| In re: | Chapter 11 |
|---|---|
| SWD WESTFIELD III URBAN RENEWAL LLC, | Case No. 26-90023 |
| Debtor. | Tax ID: N/A |

| In re: | Chapter 11 |
|---|---|
| SWD WESTFIELD IV URBAN RENEWAL LLC, | Case No. 26-90029 |
| Debtor. | Tax ID: N/A |

3

| | |
|---|---|
| In re:<br><br>SWD WESTFIELD V URBAN RENEWAL LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90033<br><br>Tax ID: N/A |
| In re:<br><br>SWD WESTFIELD VI URBAN RENEWAL LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90038<br><br>Tax ID: N/A |
| In re:<br><br>SWD WESTFIELD VII URBAN RENEWAL LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90042<br><br>Tax ID: N/A |
| In re:<br><br>SWD WESTFIELD VIII URBAN RENEWAL LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90047<br><br>Tax ID: N/A |
| In re:<br><br>SW BEVERLY HILLS LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90056<br><br>Tax ID: 87-1802669 |

| | |
|---|---|
| In re:<br><br>HBC WILKES-BARRE LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90066<br><br>Tax ID: 85-3943648 |
| In re:<br><br>LT 424 LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90071<br><br>Tax ID: 45-5453344 |
| In re:<br><br>HBC WOODBRIDGE LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90074<br><br>Tax ID: 85-4368068 |
| In re:<br><br>HBC GAITHERSBURG LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90078<br><br>Tax ID: 85-4234524 |
| In re:<br><br>HBC STERLING HEIGHTS LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90065<br><br>Tax ID: 85-4234652 |
| In re:<br><br>HBC VICTOR LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90069<br><br>Tax ID: 85-4367903 |

| | |
|---|---|
| In re:<br><br>HBC STERLING LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90072<br><br>Tax ID: 85-4240684 |
| In re:<br><br>YORK FACTORY LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90019<br><br>Tax ID: 84-4597257 |
| In re:<br><br>YF GREENWICH LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90013<br><br>Tax ID: 87-1229266 |
| In re:<br><br>SAKSWORKS BELLEVUE LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90017<br><br>Tax ID: 87-4182960 |
| In re:<br><br>SGUS LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90096<br><br>Tax ID: 39-2777958 |
| In re:<br><br>SAKS FIFTH AVENUE HOLDINGS INC.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90105<br><br>Tax ID: 46-4015185 |

6

| | |
|---|---|
| In re:<br><br>SFA HOLDINGS INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 26-90100<br><br>Tax ID: 62-0331040 |
| In re:<br><br>SAKS FIFTH AVENUE HOLDCO, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 26-90097<br><br>Tax ID: 46-4162053 |
| In re:<br><br>SAKS FIFTH AVENUE HOLDCO II LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 26-90003<br><br>Tax ID: 47-2337557 |
| In re:<br><br>12 EAST 49TH STREET LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 26-90004<br><br>Tax ID: 90-1029130 |
| In re:<br><br>SAKS & COMPANY LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 26-90083<br><br>Tax ID: 13-1256625 |
| In re:<br><br>BLACK CAVIAR LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 26-90084<br><br>Tax ID: N/A |

| | |
|---|---|
| In re:<br><br>CAFE BEVERLY SFA TRUST,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90014<br><br>Tax ID: N/A |
| In re:<br><br>CAFE BEVERLY HILLS SFA LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90011<br><br>Tax ID: 92-1812323 |
| In re:<br><br>SAKS FIFTH AVENUE LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90070<br><br>Tax ID: 04-2226632 |
| In re:<br><br>SAKS FIFTH AVENUE REAL PROPERTY LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90026<br><br>Tax ID: 46-4337211 |
| In re:<br><br>HBC STEELE LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90021<br><br>Tax ID: 87-1367092 |
| In re:<br><br>SAKS COLUMBUS REAL PROPERTY LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90057<br><br>Tax ID: 46-4421947 |

| | |
|---|---|
| In re:<br><br>SAKS DIRECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90041<br><br>Tax ID: 27-1503676 |
| In re:<br><br>SAKS RICHMOND REAL PROPERTY LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90054<br><br>Tax ID: 46-4455804 |
| In re:<br><br>CLUB LIBBY LU, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90049<br><br>Tax ID: 63-1215268 |
| In re:<br><br>CAFÉ SFA-MINNEAPOLIS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90030<br><br>Tax ID: 22-2377052 |
| In re:<br><br>FIFTH FLOOR RESTAURANT AT SFA LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90045<br><br>Tax ID: 76-0793361 |
| In re:<br><br>SIXTH FLOOR RESTAURANT AT SFA LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90040<br><br>Tax ID: 76-0793433 |

| | |
|---|---|
| In re: | Chapter 11 |
| THE RESTAURANT AT SAKS FIFTH AVENUE CORPORATION, | Case No. 26-90034 |
| Debtor. | Tax ID: 13-0695342 |

| | |
|---|---|
| In re: | Chapter 11 |
| MERCHANDISE CREDIT, LLC, | Case No. 26-90073 |
| Debtor. | Tax ID: 04-3586216 |

| | |
|---|---|
| In re: | Chapter 11 |
| SCCA STORE HOLDINGS REAL PROPERTY LLC, | Case No. 26-90075 |
| Debtor. | Tax ID: 46-4341112 |

| | |
|---|---|
| In re: | Chapter 11 |
| SCCA LEASEHOLD LLC, | Case No. 26-90079 |
| Debtor. | Tax ID: 88-2426260 |

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS & COMPANY REAL PROPERTY LLC, | Case No. 26-90077 |
| Debtor. | Tax ID: 46-4400382 |

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS FIFTH AVENUE PUERTO RICO, INC., | Case No. 26-90090 |
| Debtor. | Tax ID: 46-1252589 |

| | |
|---|---|
| In re:<br><br>SAKS GLOBAL INVESTMENTS INC.,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 26-90092<br><br>Tax ID: 86-3617635 |
| In re:<br><br>HBC DIGITAL LLC,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 26-90068<br><br>Tax ID: 87-4654714 |
| In re:<br><br>HBC DIGITAL HOLDINGS INC.,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 26-90059<br><br>Tax ID: 87-4555946 |
| In re:<br><br>SAKS PARTNER INC.,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 26-90053<br><br>Tax ID: 86-2444630 |
| In re:<br><br>SAKS.COM HOLDINGS LLC,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 26-90048<br><br>Tax ID: 86-2440683 |
| In re:<br><br>SAKS.COM MIDCO PARTNER INC.,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 26-90043<br><br>Tax ID: 87-4521691 |

| In re: | Chapter 11 |
| SAKS.COM LLC, | Case No. 26-90037 |
| Debtor. | Tax ID: 86-1572853 |

| In re: | Chapter 11 |
| SAKS CLOUD SERVICES LLC, | Case No. 26-90031 |
| Debtor. | Tax ID: 92-1313970 |

| In re: | Chapter 11 |
| SAKS.COM INTERNATIONAL HOLDINGS LLC, | Case No. 26-90025 |
| Debtor. | Tax ID: N/A |

| In re: | Chapter 11 |
| SAKS MANHATTAN (BLOCKER) HOLDINGS L.P., | Case No. 26-90064 |
| Debtor. | Tax ID: 86-2368610 |

| In re: | Chapter 11 |
| SAKS (CAYMAN) MANHATTAN BLOCKER INC., | Case No. 26-90080 |
| Debtor. | Tax ID: 86-3211473 |

| In re: | Chapter 11 |
| SAKS (EU) MANHATTAN BLOCKER INC., | Case No. 26-90086 |
| Debtor. | Tax ID: 86-3179927 |

12

| | |
|---|---|
| In re:<br><br>NMG PARENT LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90089<br><br>Tax ID: 85-3044670 |
| In re:<br><br>NMG INTERMEDIATE LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90085<br><br>Tax ID: 85-3207085 |
| In re:<br><br>NMG HOLDING COMPANY, INC.,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90081<br><br>Tax ID: 85-3045916 |
| In re:<br><br>THE NEIMAN MARCUS GROUP LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90076<br><br>Tax ID: 95-4119509 |
| In re:<br><br>NMG TERM LOAN PROPCO LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90050<br><br>Tax ID: 83-4720786 |
| In re:<br><br>NMGP, LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-90060<br><br>Tax ID: 06-1701558 |

| | |
|---|---|
| In re:<br><br>NMG NOTES PROPCO LLC,<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 26-90055<br><br>Tax ID: 84-2071102 |
| In re:<br><br>NMG SALON HOLDINGS LLC,<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 26-90067<br><br>Tax ID: 81-4545236 |
| In re:<br><br>NMG CALIFORNIA SALON LLC,<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 26-90046<br><br>Tax ID: 81-4129242 |
| In re:<br><br>NMG SALONS LLC,<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 26-90044<br><br>Tax ID: 81-4731570 |
| In re:<br><br>NMG FLORIDA SALON LLC,<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 26-90039<br><br>Tax ID: 81-4139269 |
| In re:<br><br>NMG TEXAS SALON LLC,<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 26-90008<br><br>Tax ID: 81-1200318 |

| | |
|---|---|
| In re:<br><br>BERGDORF GOODMAN LLC,<br><br>            Debtor. | Chapter 11<br><br>Case No. 26-90035<br><br>Tax ID: 13-0485530 |
| In re:<br><br>BERGDORF GRAPHICS, INC.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 26-90027<br><br>Tax ID: 13-2739271 |
| In re:<br><br>NMG INTERCO LLC,<br><br>            Debtor. | Chapter 11<br><br>Case No. 26-90022<br><br>Tax ID: 04-3343700 |
| In re:<br><br>NM FINANCIAL SERVICES, INC.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 26-90015<br><br>Tax ID: 86-0862446 |
| In re:<br><br>NMG GLOBAL MOBILITY, INC.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 26-90010<br><br>Tax ID: 45-5000664 |
| In re:<br><br>NEIMAN MARCUS GLOBAL TECHNOLOGY SERVICES PRIVATE LIMITED,<br><br>            Debtor. | Chapter 11<br><br>Case No. 26-90007<br><br>Tax ID: N/A |

15

| | |
|---|---|
| In re:<br><br>NEIMAN MARCUS BERMUDA L.P.,<br><br>           Debtor. | Chapter 11<br><br>Case No. 26-90016<br><br>Tax ID: N/A |
| In re:<br><br>NM BERMUDA, LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 26-90020<br><br>Tax ID: 45-4242943 |
| In re:<br><br>NEMA BEVERAGE PARENT<br>CORPORATION,<br><br>           Debtor. | Chapter 11<br><br>Case No. 26-90006<br><br>Tax ID: 75-2849262 |
| In re:<br><br>NEMA BEVERAGE HOLDING<br>CORPORATION,<br><br>           Debtor. | Chapter 11<br><br>Case No. 26-90005<br><br>Tax ID: 75-2849264 |
| In re:<br><br>NEMA BEVERAGE CORPORATION,<br><br>           Debtor. | Chapter 11<br><br>Case No. 26-90002<br><br>Tax ID: 75-2323412 |
| In re:<br><br>NONSUCH LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 26-90088<br><br>Tax ID: 87-1089382 |

16

| | |
|---|---|
| In re:<br><br>SW INTERNATIONAL HOLDINGS LLC,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 26-90036<br><br>Tax ID: N/A |
| In re:<br><br>THE WELLERY HOLDINGS LLC,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 26-90032<br><br>Tax ID: 87-1059255 |
| In re:<br><br>THE WELLERY LLC,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 26-90028<br><br>Tax ID: 87-3603757 |
| In re:<br><br>THE WELLERY MSO LLC,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 26-90024<br><br>Tax ID: 87-3604249 |
| In re:<br><br>GHBC GROUPE HOLDINGS, INC.,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 26-90098<br><br>Tax ID: 38-3853492 |
| In re:<br><br>GHBC GROUPE, INC.,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 26-90052<br><br>Tax ID: 20-8734635 |

| | |
|---|---|
| In re: | Chapter 11 |
| GHBC SHARED SERVICES, INC., | Case No. 26-90058 |
| Debtor. | Tax ID: 27-4085491 |
| In re: | Chapter 11 |
| GHBC CITY, INC., | Case No. 26-90062 |
| Debtor. | Tax ID: 27-2613991 |
| In re: | Chapter 11 |
| GGI REALTY SERVICES, INC., | Case No. 26-90063 |
| Debtor. | Tax ID: 45-2768913 |
| In re: | Chapter 11 |
| HBSFA HOLDINGS LTD., | Case No. 26-90109 |
| Debtor. | Tax ID: 98-1533722 |
| In re: | Chapter 11 |
| MERCURY AGGREGATOR HOLDCO LLC, | Case No. 26-90107 |
| Debtor. | Tax ID: 33-2488580 |
| In re: | Chapter 11 |
| MERCURY AGGREGATOR LP, | Case No. 26-90101 |
| Debtor. | Tax ID: 33-2488393 |

| | |
|---|---|
| In re:<br><br>HBC GP IV LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90110<br><br>Tax ID: N/A |
| In re:<br><br>HBC IV L.P.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90104<br><br>Tax ID: N/A |
| In re:<br><br>SAKS OFF 5TH HOLDINGS LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90111<br><br>Tax ID: 86-3608672 |
| In re:<br><br>SAKS OFF 5TH LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90113<br><br>Tax ID: 86-3267364 |
| In re:<br><br>SAKS OFF 5TH MIDCO PARTNER INC.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90112<br><br>Tax ID: 87-1343705 |
| In re:<br><br>LUXURY OUTLETS USA, LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-90114<br><br>Tax ID: N/A |

### ORDER (I) DIRECTING THE JOINT ADMINISTRATION
### OF THE DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "<u>Motion</u>")[1] of the debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>")[2] for entry of an order (this "<u>Order</u>"), pursuant to sections 105(a) and 342(c)(1) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, (a) authorizing joint administration of the Debtors' Chapter 11 Cases, and (b) granting related relief; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b), and the *Order of Reference to Bankruptcy Judges* from the United States District Court for the Southern District of Texas, entered May 24, 2012; and this Court having found that venue of these Chapter 11 Cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and this Court having determined that it may enter an order consistent with Article III of the United States Constitution; and upon consideration of the First Day Declarations; and upon the record in these Chapter 11 Cases and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2]   For the avoidance of doubt, "Debtors" means, collectively, the Global Debtors and the SO5 Digital Debtors.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED to the extent set forth herein.

2.      The Chapter 11 Cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3.      The Clerk of this Court shall maintain one file and one docket for all of these Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of Debtor Saks Global Enterprises LLC, Case No. 26-90103 (ARP).  All of the jointly administered cases are assigned to Judge Pérez.

4.      Additionally, the following checked items are ordered:

    a)      One disclosure statement and plan of reorganization may
            be filed for all cases by any plan proponent.
    b)      Parties may request joint hearings on matters pending in
            any of the jointly administered cases.
    c)      Other: See below.

5.      All pleadings filed in these Chapter 11 Cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SAKS GLOBAL ENTERPRISES LLC, *et al.*,[1] | Case No. 26-90103 (ARP) |
| Debtors. | (Jointly Administered) |

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Saks.  The location of Debtor Saks Global Enterprises LLC's corporate headquarters and the Debtors' service address in these chapter 11 cases is 225 Liberty Street, 31st Floor, New York, NY 10281.  Bradley Arant Boult Cummings LLP is counsel for the following

Debtors: Saks OFF 5TH Holdings LLC, Saks OFF 5TH LLC, Saks OFF 5TH Midco Partner Inc., and Luxury Outlets USA, LLC (collectively the "SO5 Digital Debtors").  Haynes and Boone, LLP and Willkie Farr & Gallagher LLP are counsel for the remaining Debtors (collectively, the "Global Debtors").

6.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

7.      All original pleadings shall be captioned as indicated in paragraph 5 and the Clerk of the Court shall make docket entries, substantially similar to the following, on the docket of each of these Chapter 11 Cases, other than the Chapter 11 Case of Saks Global Enterprises LLC, to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in this case in accordance with Bankruptcy Rule 1015(b) and rule 1015-1 of the Local Rules for the Southern District of Texas directing the procedural consolidation and joint administration of the chapter 11 cases of Saks Global Enterprises LLC. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 26-90103 (ARP).**

8.      Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates, and this Order shall be without prejudice to the Debtors' rights to seek entry of an order substantively consolidating their respective cases.

9.      Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this order are immediately effective and enforceable upon its entry.

10.     The Debtors are authorized to take all actions necessary to effectuate the relief in this Order in accordance with the Motion.

22

11.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


Signed: January 14, 2026

Alfredo R Pérez
United States Bankruptcy Judge